UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SADE ABDIASIIS,**

      **Plaintiff,**

  v.                                 **Case No. 2:20-cv-3315**
                                        **JUDGE EDMUND A. SARGUS, JR.**

**NAPHCARE, INC.,** *et al.*,              **Chief Magistrate Judge Elizabeth P. Deavers**

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff Sade Abdiasiis's motion to drop Defendant Sandra Mitchell. (ECF No. 32.) Plaintiff's Motion is **GRANTED**. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.") This case is to remain open.

    **IT IS SO ORDERED.**

**11/15/2021**                                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                                             **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES DISTRICT JUDGE**