# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SADE ABDIASIIS,**

    **Plaintiff,**

  v.                            Case No. 2:20-cv-3315
                                  JUDGE EDMUND A. SARGUS, JR.
**NAPHCARE, INC.,** *et al.*,        Chief Magistrate Judge Elizabeth P. Deavers

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff Sade Abdiasiis's motion to drop Defendants Whitney McLain, Alhassan Sesay, and Carolyn Horton. (ECF No. 37.) Plaintiff's Motion is **GRANTED**. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). This case is to remain open.

    **IT IS SO ORDERED.**


**2/17/2022**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                      **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**