# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

SADE ABDIASIIS,

|                      |                                                   |
|----------------------|---------------------------------------------------|
|         Plaintiff,   | Case No. 2:20–cv–3315                             |
|                      | Judge Edmund A. Sargus, Jr.                       |
|         v.           | Magistrate Judge Elizabeth Preston Deavers        |

SHEILA LEWIS, et al.,

         Defendants.

## ORDER

This case came before the Court for a settlement conference on July 20, 2022. The parties agreed to a settlement amount. The parties are **DIRECTED** to file a stipulated dismissal within 30 days or to file a request for additional time.

**IT IS SO ORDERED.**

7/21/2022                           s/Edmund A. Sargus, Jr.
DATE                                EDMUND A. SARGUS, JR.
                                    UNITED STATES DISTRICT JUDGE