**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **Sade Abdiasiis**, | Case No. 2:20-cv-3315 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| vs. | |
| **NaphCare, Inc., et al.,** | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Parties hereby stipulate that this case has been settled and should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Parties to bear their own costs and fees, and with the Court retaining jurisdiction to enforce the settlement agreement of the Parties.

Respectfully submitted,

*/s/ Jacqueline Greene*
Jacqueline Greene (0092733)
Alphonse A. Gerhardstein (0032053)
FRIEDMAN GILBERT + GERHARDSTEIN
35 East 7th Street, Suite 201
Cincinnati, Ohio 45202
T: 513-572-4200
F: 216-621-0427
jacqueline@FGGfirm.com
al@FGGfirm.com

Sarah Gelsomino (0084340)
Marcus Sidoti (0077476)
FRIEDMAN GILBERT + GERHARDSTEIN
50 Public Square, Suite 1900
Cleveland, Ohio 44113
T: 216-241-1430
F: 216-621-0427
sarah@FGGfirm.com
marcus@FGGfirm.com

Thomas W. Trimble (0002014)
Timothy L. Van Eman (0002015)
LAMKIN, VAN EMAN, TRIMBLE &
DOUGHERTY, LLC
500 S. Front Street, Suite 200
Columbus, OH 43215
614-224-8187
614-224-4943 facsimile
ttrimble@injurymedmal.com
tvaneman@injurymedmal.com

*Counsel for Plaintiff*

*/s/ Michael J. Caligaris*
Robert W. Hojnoski (0070062)
Jennifer J. Jandes (0097313)
Michael J. Caligaris (0099722)
REMINGER CO., LPA
525 Vine Street, Ste. 1500
Cincinnati, OH 45202
(513) 721-1311
(513) 721-2553 facsimile
rhojnoski@reminger.com
jjandes@reminger.com
mcaligaris@reminger.com

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that on September 23, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jacqueline Greene*
Jacqueline Greene (0092733)
One of the Attorneys for Plaintiff